UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:10-cv-1579-TWP-TAB |
| ) | |
| EDWIN BUSS and ALAN FINNAN, ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Motion for Reconsideration**

This cause is before the court on the plaintiff's motion for reconsideration (Dkt. No. 70). Given the timing of the post-judgment motion to alter or amend judgment relative to the entry of final judgment on September 20, 2011, and given the arguments set forth in such motion, the motion is treated as labeled and as a motion pursuant to Rule 59(e) of the *Federal Rules of Civil Procedure. See Borrero v. City of Chicago,* 456 F.3d 698, 701-02 (7th Cir. 2006) (explaining that whether a motion filed within the time frame contemplated by Rule 59(e) should be analyzed under Rule 59(e) or Rule 60(b) of the *Federal Rules of Civil Procedure* depends on the *substance* of the motion, not on the timing or label affixed to it).

The purpose of a motion to alter or amend judgment under Rule 59(e) is to have the court reconsider matters "properly encompassed in a decision on the merits." *Osterneck v. Ernst and Whinney,* 489 U.S. 169, 174 (1988). Rule 59(e) "authorizes relief when a moving party 'clearly establish[es] either a manifest error of law or fact' or 'present[s] newly discovered evidence.'" *Souter v. International Union*, 993 F.2d 595, 599 (7th Cir. 1993) (quoting *Federal Deposit Ins. Corp. v. Meyer,* 781 F.2d 1260, 1268 (7th Cir. 1986)).

The court has reviewed and considered the arguments set forth in plaintiff's motion and finds that there was no manifest error of law or fact. The court did not misapprehend the plaintiff's claims, nor did it misapply the law to those claims in light of the underlying record. Accordingly, the post-judgment motion for reconsideration [Dkt. No.70], treated as a motion to alter or amend judgment, is **denied.**

**IT IS SO ORDERED.**

Date: 10/20/2011 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Erica Sue Sullivan
INDIANA ATTORNEY GENERAL
erica.sullivan@atg.in.gov

Joseph Taylor
DOC #905002
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064